IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SAMUEL COBAYASHI, | § § § | |
| *Plaintiff* | § § | |
| VS. | § § | Case No. 1:22-CV-00595-LY |
| AMAZON.COM, INC., AMAZON LOGISTICS, INC., MERCEDES-BENZ USA, LLC, DAIMLER VANS USA, LLC, MERCEDES BENZ GROUP AG, GELCO FLEET TRUST, | § § § § § § § § | |
| *Defendants* | | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for an INITIAL PRETRIAL CONFERENCE by telephone on **Friday, February 3, 2023, at 3:00 PM, Austin, Texas time.** The parties shall provide the court with their direct telephone numbers **on or before 12:00 PM Austin, Texas time, on Thursday, February 2, 2023**, via email to Courtroom Deputy Clerk, Samantha Oakes at Samantha_Oakes@txwd.uscourts.gov.

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 24th day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE